IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| JILLIAN LAPOINTE, PATRICK LAPOINTE, and SANDRA LAPOINTE,<br><br>Plaintiffs,<br><br>vs.<br><br>HEALTH CARE SERVICE CORPORATION and JOHN DOES 1-10,<br><br>Defendants. | Cause No: CV-23-46-BU-BMM-JTJ<br><br>**ORDER GRANTING UNOPPOSED MOTION TO FILE FIRST AMENDED COMPLAINT** |

Plaintiffs Jillian LaPointe, Patrick LaPointe and Sandra LaPointe have filed an Unopposed Motion to Amend their Complaint. For good cause appearing, Plaintiffs' Motion is GRANTED. The clerk shall file the Plaintiff's First Amended Complaint. Defendant's June 30, 2023, Motion to Dismiss is DENIED as moot, without prejudice to Defendant's ability to challenge the First Amended

Complaint.

DATED this 14th day of August, 2023.

/s/ John Johnston
John Johnston
United States Magistrate Judge