IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| JILLIAN LAPOINTE, PATRICK LAPOINTE, and SANDRA LAPOINTE,<br><br>Plaintiffs,<br><br>v.<br><br>HEALTH CARE SERVICE CORPORATION and JOHN DOES 1-10,<br><br>Defendant. | CV-23-46-BU-JTJ<br><br>**ORDER** |

Defendant has moved for an order allowing Alessandra P. Allegretto, Esq. and Rebecca R. Hanson, Esq to appear *pro hac vice* in this case with Daniel Auerbach, Esq., designated as local counsel. (Docs. 51 and 52.) The applications of Ms. Allegretto and Ms. Hanson appear to be in compliance with L.R. 83.1(d).

**IT IS ORDERED**:

Defendant's motions to allow Ms. Allegretto and Ms. Hanson to appear before this Court (Docs. 51 and 52) are GRANTED, subject to the following conditions:

1. Local counsel shall exercise the responsibilities required by L.R. 83.1(d)(5) and must be designated as lead counsel or as co-lead counsel;

2. Only one attorney appearing *pro hac vice* may act as co-lead counsel;

3. Ms. Allegretto and Ms. Hanson must each do their own work. Each must do their own writing, sign their own pleadings, motions, briefs, and, if designated co-lead counsel, must appear and participate personally in all proceedings before the Court;

4. The Applicant Attorney shall take steps to register in the Court's electronic filing system ("CM-ECF"). Further information is available on the Court's website, www.mtd.uscourts.gov.

5. Local counsel shall also sign all such pleadings, motions and briefs and other documents served or filed; and

6. Admission is personal to Ms. Allegretto and Ms. Hanson not the law firm they work for.

7. Local counsel will provide a copy of this order to pro hac counsel.

**IT IS FURTHER ORDERED**:

Each applicant shall file, within fifteen (15) days from the date of this Order, an acknowledgment and acceptance of their admission under the terms set forth above.

DATED this 26th day of August, 2024.

_____
John Johnston
United States Magistrate Judge